**MEMO ENDORSED**

LAW OFFICES OF

# LOUIS R. ROSENTHAL

26 COURT STREET - SUITE 2306  
BROOKLYN, NEW YORK 11242

(718) 875-2227

Email LRResq@aol.com

**LOUIS R. ROSENTHAL**

ALEXANDER M DUDELSON  
OF COUNSEL

IRVING R. ROSENTHAL (1908-1983)

PROF. FABIAN G. PALOMINO (1924-2014)

October 6, 2023

Hon. Edgardo Ramos  
United States Judge, SDNY  
Thurgood Marshal U.S. Courthouse  
40 Foley Square  
New York, NY 10007

Re: USA v. Choabin Zheng 23-cr-352 (ER)

Dear Judge Ramos:

This letter motion is to request that the sentencing in the above matter which is now scheduled for October 18, 2023 be adjourned to any of the following dates: November 14, 15, 16 or 17. The defendant and his wife are awaiting additional financial documents in order to complete submission to the US Probation officer. I have spoken with Assistant US Attorney Adam Sowlati, who has no objection to the defendant's application

Respectfully yours,

,

cc: AUSA Adam Sowlati  Adam.Sowlati@usdoj.gov  
USPofficer Johnny Kim  Johnny_Kim@nysp.uscourts.gov

**MEMO ENDORSED**

FAX   718 624 9552

Sentencing is adjourned to October 17, 2023, at 11:30 a.m.  
SO ORDERED.

Edgardo Ramos, U.S.D.J  
Dated: __10/11/2023__  
New York, New York

Case 1:23-cr-00352-ER   Document 59   Filed 10/06/23   Page 2 of 2