**MEMO ENDORSED**

LAW OFFICES OF

# LOUIS R. ROSENTHAL

26 COURT STREET - SUITE 2306
BROOKLYN, NEW YORK 11242

**(718) 875-2227**

Email LRResq@aol.com

**LOUIS R. ROSENTHAL**

ALEXANDER M DUDELSON
OF COUNSEL

IRVING R. ROSENTHAL (1908-1983)

PROF. FABIAN G. PALOMINO (1924-2014)

October 12, 2023

Hon. Edgardo Ramos
United States Judge, SDNY
Thurgood Marshal U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: USA v. Choabin Zheng 23-cr-352 (ER)

Dear Judge Ramos:

This letter motion is to request that the defendant be allowed to travel to Washington D.C. , leaving on Saturday, October 14, 2023 and returning on Sunday, October 15, 2023. I have spoken with Assistant US Attorney Adam Sowlati, who has no objection to the defendant's application

Respectfully yours,

,

cc: AUSA Adam Sowlati  Adam.Sowlati@usdoj.gov
    USPofficer Johnny Kim  Johnny_Kim@nysp.uscourts.gov

FAX   718 624 9552

The application for a temporary modification of the conditions of bail, allowing travel as stated above, is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated:  10/13/2023
New York, New York